NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER
Ronald K. Alberts (SBN 100017)  A. Louis Dorny (SBN 212054)
Gordon & Rees LLP
633 W. Fifth Street, 52nd Floor
Los Angeles, CA 90071
Tel: 213.576-5000
Fax: 213.680.4470

ATTORNEYS FOR : Defendants

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BAHR<br><br>Plaintiff(s),<br>v.<br><br>AETNA LIFE INSURANCE COMPANY; and STERLING COMMERCE, INC. EMPLOYEE WELFARE BENEFIT PLAN<br><br>Defendant(s) | CASE NUMBER:<br><br>CV 11-02500 RGK (PLAx)<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Defendants
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| **PARTY** | **CONNECTION** |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| JAMES BAHR | Plaintiff |
| Aetna Life Insurance Company | Defendant |
| STERLING COMMERCE, INC. EMPLOYEE WELFARE BENEFIT PLAN | Defendant |
| STERLING COMMERCE INC. | STERLING COMMERCE, INC. EMPLOYEE WELFARE BENEFIT PLAN |
| Aetna Inc. | Defendant |

| | |
|---|---|
| May 20, 2011<br>Date | /s/ Ronald K. Alberts<br>Sign<br>Ronald K. Alberts |
| | Attorney of record for or party appearing in pro per |

CV-30 (04/10)   NOTICE OF INTERESTED PARTIES

