Frank N. Darras #128904        (909) 390-3770
Lissa A. Martinez #206994
DARRASLAW
3257 E. Guasti Road, Suite 300, Ontario, CA 91761
email: frank@darraslaw.com; lmartinez@darraslaw.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JAMES BAHR,

Plaintiff(s)

v.

AETNA LIFE INSURANCE COMPANY; and, STERLING COMMERCE, INC. EMPLOYEE WELFARE BENEFIT PLAN,

Defendant(s).

CASE NUMBER CV11-02500 RGK(PLAx)

**SETTLEMENT PROCEDURE SELECTION: REQUEST AND NOTICE**

Pursuant to Local Rule 16-15, the parties recommend that the Court approve the following settlement procedure:

☐ **SETTLEMENT PROCEDURE NO. 1** - The parties shall appear before the ☐ district judge *or* ☐ magistrate judge assigned to the case for such settlement proceedings as the judge may conduct or direct.

☐ **SETTLEMENT PROCEDURE NO. 2** - The parties shall appear before an attorney selected from the Attorney Settlement Officer Panel for all further settlement proceedings.

☒ **SETTLEMENT PROCEDURE NO. 3** - The parties shall appear before a retired judicial officer or other private or non-profit dispute resolution body for mediation-type settlement proceedings.

Dated: July 28, 2011        /s/ Lissa A. Martinez
                            Attorney for Plaintiff  James Bahr

Dated: _____      _____
                            Attorney for Plaintiff

Dated: July 28, 2011        /s/ A. Louis Dorny
                            Attorney for Defendants, Aetna Life Insurance Company, et al.

Dated: _____      _____
                            Attorney for Defendant

Dated: _____      _____
                            Attorney for Defendant

**NOTE:** The (ADR-01 ORDER): ORDER RE: SETTLEMENT PROCEDURE SELECTION: REQUEST AND NOTICE must be submitted with this Request. If additional signatures are required, attach an additional page to this request.

ADR-01 (03/07)        SETTLEMENT PROCEDURE SELECTION: REQUEST AND NOTICE        American LegalNet, Inc. www.FormsWorkflow.com