1  FRANK N. DARRAS #128904, frank@darraslaw.com
2  LISSA A. MARTINEZ #206994, lmartinez@darraslaw.com
   DARRASLAW
3  3257 East Guasti Road, Suite 300
   Ontario, CA  91761
4  Telephone:   (909) 390-3770
5  Facsimile:   (909) 974-2121

6  Attorneys for Plaintiff
   JAMES BAHR
7

8                UNITED STATES DISTRICT COURT

9          CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

10 JAMES BAHR,                          Case No: CV11-02500 RGK(PLAx)
11
         Plaintiff,                     ORDER RE: SETTLEMENT
12                                      PROCEDURE SELECTION:
      vs.                               REQUEST AND NOTICE
13
14 AETNA LIFE INSURANCE COMPANY;
   and, STERLING COMMERCE, INC.
15 EMPLOYEE WELFARE BENEFIT
   PLAN,
16
17       Defendants,
18

19 The Court, having considered the parties Settlement Procedure Selection Request and

20 Notice, hereby:

21 **ORDERS** the Request for:

22

23 **[   ] SETTLEMENT PROCEDURE NO. 1**

24 **[   ] SETTLEMENT PROCEDURE NO. 2**

25 **[ X ] SETTLEMENT PROCEDURE NO. 3**

26

27 be:

28 [ X ] APPROVED.

- 1 -
ORDER RE: SETTLEMENT PROCEDURE SELECTION: REQUEST AND NOTICE

- 2 -

1  [ ] DENIED; IT IS FURTHER ORDERED that the settlement procedure shall be as
2  follows:
3  For Settlement Procedure No. 2, counsel are responsible for contacting the settlement
4  officer at the appropriate time to arrange for further proceedings. Upon obtaining the
5  settlement officer's consent to serve, counsel shall file Form ADR-02 (Stipulation
6  Regarding Selection of Attorney Settlement Officer) with the court, For Settlement
7  Procedure Nos. I and 3, counsel are responsible for contacting the judge or mediator at
8  the appropriate time to arrange for further proceedings.
9
10  Dated: August 03, 2011                   _____
11                                           United States District Judge
                                             HONORABLE R. GARY KLAUSNER
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER RE: SETTLEMENT PROCEDURE SELECTION: REQUEST AND NOTICE